**Entered on Docket**
**January 12, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada  89101
Telephone:  (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:                              )     BK-S 08-23250 LBR
                                    )     Chapter 13
BALTAZAR F. NAJERA,                 )
                                    )     Date:  N/A
                    Debtor(s).      )     Time:  N/A
_____)

**ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO SECTION 521(i)**

As the above-captioned Debtor(s) has not complied with 11U.S.C §521(i) in that the Debtor(s) has

not filed his required Notice to Individual Consumer Debtor Under § 342(b), Summary of Schedules,

Statistical Summary of Certain Liabilities, Schedules A and J, Declaration Concerning Debtor's Schedule,

Statement of Financial Affairs, Declaration and Signature of Non-Attorney Bankruptcy Petition Preparer,

Disclosure of Compensation of Bankruptcy Petition Preparer, List of Creditors, Statement of Current

Monthly Income and Means Test Calculation, Verification of Creditor Matrix, as required within the forty-five (45) day period, which expired on December 22, 2008.

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtors' failure to comply with 11 U.S.C. §521(i).

DATED this $\underline{31}^{\text{st}}$ day of December, 2008

Submitted by:

MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Ave., Suite 820
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee
(swv)

2
###